IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DURRELL DAVIS, | : | Case No. 1:21-cv-433 |
| Petitioner, | : | Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Stephanie Bowman |
| WARDEN, HAMILTON CTY. JUSTICE CENTER, | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 6) AND DISMISSING THIS ACTION WITH PREJUDICE**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 6), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint and **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons set forth in the Magistrate's Report and Recommendation, an appeal of this Order adopting the Report and Recommendation would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal in forma pauperis.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF OHIO

By: _____  
JUDGE MATTHEW W. McFARLAND
